**SUPERIOR BOWEN ASPHALT CO., LLC, Appellant,**

v.

**R.J. REYNOLDS and Division of Employment Security, Respondents.**

**No. WD 61559.**

Missouri Court of Appeals, Western District.

July 29, 2003.

Paul D. Cowing, James J. O'Connell, Kansas City, MO, for Appellant.

Ninion S. Riley, Cynthia A. Quetsch, Jefferson City, MO, for Respondent Division of Employment Security.

---

Before: HOWARD, P.J., and
LOWENSTEIN and HARDWICK, JJ.

### ORDER

PER CURIAM.

Superior Bowen Asphalt Company, LLC (Employer), appeals from the decision of the Labor and Industrial Relations Commission (the Commission), which affirmed and adopted the decision of the Appeals Tribunal dismissing Employer's appeal for failure to appear.

Because an officer of Employer or a person in the full-time employment of Employer in a managerial capacity failed to appear for the hearing, we affirm the decision of the Commission.

Affirmed. Rule 84.16(b).